IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE A. JACKSON, <br> AIS #143417, <br><br> Plaintiff, <br><br> v. <br><br> KAY IVEY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 2:20-CV-600-RAH <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On February 25, 2021, the Magistrate Judge entered a Recommendation (Doc. 18) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

A separate Final Judgment will be entered.

DONE, on this the 25th day of May, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE